AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TRENT KNIGHT and JENNIFER KNIGHT,
Individually and as Surviving Parents
of Ella Knight,

    Plaintiffs.

        v.

WINDSTREAM SUPPLY, LLC,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   5:25-cv-88

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's March 13, 2026 Order, Plaintiffs' motion to remand is granted, and this case is remanded to the Superior Court of Brantley County, Georgia.   This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: March 13 2026

John E. Triplett, Clerk of Court

Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020